UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT LLOYD'S
SUBSCRIBING TO POLICY NO.
17M255222142,

                Plaintiff,

– against –

MAERSK LINE A/S,

                Defendant.

**ORDER**

20 Civ. 5314 (ER)

Ramos, D.J.:

    Defendant Maersk Line A/S executed its waiver of the service of summons on August 14, 2020. Doc. 6. Accordingly, it was required to answer or otherwise respond to Plaintiff's complaint by October 13, 2020. This date has passed and no answer or motion with respect to the complaint has been filed as of the date of this Order.

    Plaintiff is instructed to file a status report by no later than November 20, 2020. Failure to do so may result in sanctions up to and including dismissal for failure to prosecute pursuant to Fed. R. Civ. R. 41(b). If Plaintiff intends to move for a default, they should follow Attachment A of this Court's Rules of Individual Practice.

    It is SO ORDERED.

Dated: October 30, 2020
          New York, New York

                                                    Edgardo Ramos, U.S.D.J.